UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Molly K. Quinn,   Court File No.:10-CV-3106-PAM-FLN

    Plaintiff,

v.   **ORDER FOR DISMISSAL WITH PREJUDICE**

Holiday Companies and
Holiday Stationstores, Inc.,

    Defendants.

---

**NOW, THEREFORE**, pursuant to the foregoing Stipulation for Dismissal With Prejudice,

**IT IS HEREBY ORDERED:**

That the above-entitled matter is hereby dismissed on the merits, with prejudice and without costs, disbursements or attorney's fees to any party.

                              **BY THE COURT:**

Dated: January 18, 2011   By: s/Paul A. Magnuson
                                                    Paul A. Magnuson
                                                    Judge of U.S. District Court